67 P.3d 791

# SUPREME COURT OF HAWAI'I

**April 25, 2003**

| 25097 | State v. Llanes | Vacated and Remanded |

**April 30, 2003**

| 24259 | Doe Children, In re | Affirmed |

**May 2, 2003**

| 24160, 24164 | Doe (Jane), In re; Doe (John), In re | Affirmed |
| 22092 | Kimura v. State, Dept. of Corrections | Affirmed |
| 22568 | Moskow v. Civil Service Com'n for County of Maui | Affirmed |